UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN E. BYLENGA,

    Plaintiff,

v.

MATTHEW J. CREHAN,

    Defendant.

_____/

Case No. 1:21-cv-943

HON. JANET T. NEFF

## ORDER OF REFERENCE

**IT IS ORDERED** that under 28 U.S.C. § 636 and W.D. Mich. LCivR 72, this case is referred to Magistrate Judge Ray Kent, U.S. District Court, 584 Ford Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan, for handling of all matters under § 636(a) and § 636(b)(1)(A) and for submission of recommendations on dispositive motions under § 636(b)(1)(B).

Dated:  November 10, 2021

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge